UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 21-CR-10164-NMG

UNITED STATES OF AMERICA

v.

JOSIAH WATKINS,
Defendant.

JOINT STATUS REPORT

The government and defendant Josiah Watkins, by his attorney, hereby submit the following joint status report:

1. On November 28, 2022, defendant entered a plea of guilty to an indictment charging him with conspiracy to distribute and to possess with intent to distribute 40 grams or more of fentanyl, 28 grams or more of cocaine base, and cocaine. This plea was entered pursuant to Rule 11(c)(1)(C) and a plea agreement, dated November 4, 2022, in which the parties agreed to a sentence of incarceration of 60 months. The Court informed defendant that it would accept or reject the guilty plea after consideration of the Presentence Report. Sentencing is presently scheduled for April 24, 2023.

2. After further discussions with the government, the defendant requested that the government consider revising the plea agreement to eliminate the 60-month mandatory minimum sentence and to agree to a sentence within defendant's

*Treated as a motion to revise plea agreement and to permit defendant to plea to an information.*

*s/NMGorton, USDJ 4/21/2023*